☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of ALABAMA _____

UNITED STATES OF AMERICA,

                                                ALIAS
                                       SUMMONS IN A CIVIL CASE

V.

ERICA L. MURPHY,
                                       *AliAS*
                              CASE NUMBER:   3:06-cv-627


TO: (Name and address of Defendant)

Erica L. Murphy
1065 Scales Circle
Valley, AL  36854-4610


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
Assistant U. S. Attorney
One Court Square, Ste 201
Montgomery, AL  36104


an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


DEBBIE P. HACKETT _____        ~~7/14/2006~~  8/8/06 _____
CLERK                                                                           DATE

_(signature)_
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

                                          _____
                                                      *Address of Server*

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.