USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:06-cv-627 |
| DEFENDANT | TYPE OF PROCESS |
| ERICA L. MURPHY | ALIAS SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Erica L. Murphy
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1065 Scales Circle, Valley, Alabama 36854-4610   Home Phone 334-756-8290

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U. S. Attorney's Office
ATTN: A. Gardner
P. O. Box 197, Montgomery, AL 36101

| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

SSN: XXX-XX-0909
DOB: 12/31/1973
Employer: Chambers County School District, 202 1st Ave. S.E., Lafayette, AL 36862
Work No.: (334) 864-9343  Mrs Smith.

Signature of Attorney other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 8/2/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk  Desi Brewer | Date 8/8/06 |

I hereby certify and return that I ___ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
CLARA MURPHY - (mother)

Address (complete only different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date 8/10/06   Time 2:00 ☒ pm

Signature of U.S. Marshal or Deputy
Michael ...

| Service Fee $90.00 | Total Mileage Charges including endeavors $80.10 | Forwarding Fee | Total Charges $170.10 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $170.10 | $0.00 |

REMARKS: Accepted on behalf of Erica Murphy by Clara Murphy (mother) @ 1065 Scales Circle, Valley, Alabama 3685... (per Agreement with Erica Murphy)

RETURNED AND FILED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

AUG 17 2006

Form USM-285
Rev. 12/15/80
Automated 01/00

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8/10/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael H Bates | DUSM |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: Clara Murphy – Mother
Per Agreement with Erica Murphy

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $80.10 | 90.00 | $0.00 170.10 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/10/06
                Date

*Signature of Server:* Michael H Bates

*Address of Server:* Federal Building, Montgomery, AL

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

☐ AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

UNITED STATES OF AMERICA,

V.

ERICA L. MURPHY,

## SUMMONS IN A CIVIL CASE

CASE NUMBER: ALIAS 3:06CV627-WKW

TO: (Name and address of Defendant)

Erica L. Murphy
1065 Scales Circle
Valley, AL 36854-4610

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

R. Randolph Neeley
Assistant U. S. Attorney
One Court Square, Ste 201
Montgomery, AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEBBIE P. HACKETT

CLERK

7/~~14/2006~~ 8/8/06
DATE

(By) DEPUTY CLERK