IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. <u>3:06-cv-627 -SRW</u> |
| ERICA L. MURPHY, | ) |
| Defendant. | ) |

APPLICATION TO CLERK FOR ENTRY OF DEFAULT

The Clerk for the above-entitled Court will enter default against the defendant, Erica L. Murphy, in the above cause for failure to plead, answer or otherwise defend in said cause as required by law.

LEURA G. CANARY
United States Attorney

By: s/R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: **rand.neeley@usdoj.gov**

Default entered

_September 19, 2006_

BY: _Debra P. Hackett_
Clerk/~~Chief Deputy~~