AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
__MIDDLE__ DISTRICT OF __ALABAMA__

**BILL OF COSTS**

UNITED STATES OF AMERICA,

v.                                                     Case Number: 3:06-cv-627

ERICA L. MURPHY,

Judgment having been entered in the above-entitled action on __9/19/06__ against __Erica L. Murphy__
                                                                                       Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $  350.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 170.10 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case . . . . . | |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for exemplification and copies of papers necessarily obtained for use in this case . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 20.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . . . | |
| Other costs (please itemize) Application, Notice, Writ of Garnishment, Instructions & Exemptions . . . . . . . $ | |
| TOTAL $ | 540.10 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Erica L. Murphy, 1065 Scales Circle, Valley, AL 36854-4610

Signature of Attorney: __s/R. Randolph Neeley__

Name of Attorney: __R. Randolph Neeley__

For: __The United States of America__                                                   Date: __9/20/06__
           Name of Claiming Party

Costs are taxed in the amount of __$540.10__ and included in the judgment.

__Debra P. Hackett__           By: __CBaxter__                                         __9/21/06__
Clerk of Court                        Deputy Clerk                                              Date