IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06-cv-627 |
| | ) | |
| MANDO AMERICA CORPORATION, | ) | |
| Opelika, Alabama, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| ERICA L. MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |

RECEIVED
2008 JUL 18  P 4:24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the defendant, Erica L. Murphy, in the above cited action in the amount of $10,342.33, plus costs and interest. The last four digits of defendant's social security number is 0909, and the defendant's last known address is 1065 Scales Circle, Valley, Alabama 36854-4610. In addition, the United States respectfully request a surcharge of 10 percent of the total amount due as allowed under Title 28 U.S.C. §3011. There is a balance due of $13,196.88, as of July 14, 2008, which includes a 10 percent surcharge of $1,199.72.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from July 16, 2008, but defendant has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non exempt interest.

The name and address of the Garnishee or his authorized agent is:

Mando America Corporation
4201 North Park Drive
Opelika, AL  36801


DATED: July 17, 2008.


                                         LEURA G. CANARY
                                         United States Attorney

By: /s/ R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail:  rand.neeley@usdoj.gov