IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06-cv-627 |
| | ) | |
| MANDO AMERICA CORPORATION, | ) | |
| Opelika, Alabama, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| ERICA L. MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |

<u>WRIT OF GARNISHMENT</u>

GREETINGS TO:  Mando America Corporation
4201 North Park Drive
Opelika, Alabama  36801

An Application for a Writ of Garnishment against the property of Erica L. Murphy, defendant, has been filed with this Court. A Judgment has been entered against the above-named defendant in the amount of $10,342.33, plus costs and interest. The balance due on the Judgment as of July 14, 2008, is $13,196.88, which includes a surcharge of 10 percent of the total amount due as allowed under Title 28 U.S.C. §3011, with interest accruing at the rate of 5.02 percent per annum until paid in full.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including non-exempt, disposal earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly, or monthly.

You must file the original written Answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Clerk at: Clerk, United States District Court, Middle District of Alabama, One Church Street, Montgomery, Alabama 36101. Additionally, you are required by law to serve a copy of your Answer upon the debtor at: Erica L. Murphy, 1065 Scales Circle, Valley, Alabama 36854-4610; and upon the United States Attorney, 131 Clayton Street, Montgomery, Alabama 36104, or Post Office Box 197, Montgomery, Alabama 36101.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this Order is listed on the attached Debt Collection Notice.

Pursuant to Title 15 U.S.C. §1674, a Garnishee is prohibited from discharging a defendant from employment by reason of the fact that his/her earnings have been subject to garnishment.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the Court may enter a Judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this Writ.

DONE this 21st day of July, 2008.

BY: _____
Deputy Clerk
U. S. District Court